UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

PENNY KENNEDY,
et al.,

    Plaintiffs,

v.                              CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA,
et al.,

    Defendants.



ENTERED
JUL - 1 2003
SAMUEL L. KAY, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

**ORDER AND NOTICE**

Pursuant to the Local Rules of Civil Procedure of this Court, effective September 1, 1994, it is **ORDERED** that the following dates are hereby fixed as the time by or on which certain events must occur:

07/30/03    Motions under Rule 12(b) of the Federal Rules of Civil Procedure, together with supporting briefs, memoranda, affidavits or other such matter in support thereof. (All motions unsupported by memoranda will be denied without prejudice pursuant to LR Civ P 4.01(a).

09/01/03    Last day for Rule 26(f) meeting.

09/08/03    Last day to file report of Rule 26(f) meeting -- See LR Civ P 2.01(b) and FR Civ P Form 35.

09/22/03    Scheduling conference with the Court and lead counsel at 3:00 p.m. at Charleston. Should counsel agree that

the conference may be conducted telephonically, Plaintiffs' attorney shall arrange said conference call among other counsel and the Court and shall notify the Court of such arrangements at least three days prior to the teleconference.

10/02/03  Entry of the scheduling order.

10/06/03  Last day to make Rule 26(a)(1) disclosures.

ENTER: July 1, 2003

Charles H. Haden II
United States District Judge