UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

**ENTERED**

JUL - 9 2003

SAMUEL L. KAY, CLERK
U. S. District & Bankruptcy Courts
Southern District of West Virginia

PENNY KENNEDY, et al.,

      Plaintiffs,

vs.                         CIVIL ACTION NO.  2:03—0175

UNITED STATES OF AMERICA, et al.,

      Defendants.

## O R D E R

      Pending is the Government's motion to dismiss the Community Health Foundation of Man, West Virginia, Inc. and Plaridel Tordilla, M.D. and to substitute the United States in their place. Plaintiffs do not oppose the motion. Accordingly, the Court **GRANTS** the motion and **SUBSTITUTES** the United States for the Community Health Foundation of Man and Plaridel Tordilla.

      The Clerk is directed to send a copy of this Order to counsel of record.

                    ENTER: July 9, 2003

                    Charles H. Haden II
                    United States District Judge

7