IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

PENNY KENNEDY, and
RAYMOND KENNEDY, individually
and as guardians and next
friends of
TREVOR KENNEDY, an infant
under the age of eighteen,

      Plaintiffs,

v.                              CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA;
CHARLESTON AREA MEDICAL CENTER, INC.
dba Women and Children's Hospital of West Virginia
dba Women and Children's Hospital
dba CAMC Children's Hospital
dba Women and Children's Hospital;
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business
in the State of West Virginia; and
GORDON J. GREEN, Dr., individually,

      Defendants.

## RULE 26(f) REPORT

1. Pursuant to Fed. R. Civ. P. 26(f), the parties by counsel conferred and make the following report to the Court.

2. Pre-Discovery Disclosures. The parties will exchange the information required by Fed. R. Civ. P. 26(a)(1) as directed by the Court.

3. Discovery Plan. The parties jointly propose to the Court the following discovery plan:

    (a) All discovery will be commenced in time to be completed by June 30, 2004. The parties have discussed the discovery needs of this case and have determined that the discovery time required

is reasonable and necessary because Trevor Kennedy was treated at West Virginia University Hospital by specialists in orthopedics, rheumatology, and neurosurgery and a consult was made with a world renowned neurosurgeon in New York, New York. Accordingly, the parties anticipate that travel to and depositions in these locations will be necessary and time consuming due to the inherent difficulty of scheduling these busy medical professionals. Should the parties encounter any unanticipated problems in the timing of discovery, they will advise the Court as needed.

(b) Plaintiffs' expert witness disclosure shall be made by March 31, 2004, and defendants' expert witness disclosure shall be made by April 30, 2004.

(c) The parties stipulate and agree to be governed by the limitations on discovery provided in L.R. Civ. P. 3.01(c). Furthermore, the parties stipulate and agree that any witness in this action may appear by deposition testimony. The parties stipulate and agree that no expert shall be required to provide a list of publications or cases in which the expert has testified unless the expert maintains this latter information in the normal course of his or her business.

4. Other Items:

(a) The parties do not request a conference with the Court before entry of the scheduling order.

(b) The parties request a pretrial conference on September 1, 2004, with the Integrated Pretrial Order due to the court on July 26, 2004.

(c) Any request for an independent medical examination shall be made by February 2, 2004.

(d) All potentially dispositive motions should be filed by July 23, 2004, with responses and replies made according to the Local Rules.

(e) Settlement cannot be evaluated prior to the completion of discovery.

(f) Final lists of witnesses and exhibits under Rule 26(a)(3) should be due by July 12, 2004. The parties shall have ten (10) days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

(g) This case should be ready for trial by September 13, 2004, and at this time is expected to take approximately three to five days.

DATED: SEPT. 9, 2003

WITNESS THE FOLLOWING SIGNATURES:

_____
STEPHEN M. HORN
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 25326
(304) 345-2200

Counsel for United States

_[signature]_

SCOTT S. SEGAL
SAMUEL A. HRKO
The Segal Law Firm, LC
810 Kanawha Blvd., East
Charleston, WV 25301

and
PAMELA A. LAMBERT
Lambert & New
P.O. Drawer 926
Gilbert, WV 25621

Counsel for PENNY KENNEDY, and
RAYMOND KENNEDY, individually
and as guardians and next
friends of TREVOR KENNEDY, an
infant
under the age of eighteen

_[signature]_

CHERYL EIFERT
Charleston Area Medical Center
Office of General Counsel
501 Morris Street
P.O. Box 3669
Charleston, WV 25336

Counsel for Charleston Area Medical
Center, Inc., Individually and
d/b/a Women and Children's
Hospital, d/b/a CAMC Children's
Hospital, d/b/a CAMC Women's
Hospital, and d/b/a CAMC Women and
Children's Hospital

_[signature]_

KAREN TRACY MCELHINNY
Shuman, McCuskey and Slicer, PLLC
1411 Virginia Street, East
Suite 200
Charleston, WV 25301

Counsel for INPHYNET HOSPITAL
SERVICES, INC., a foreign
corporation, doing business
in the State of West Virginia; and
GORDON J. GREEN, Dr., individually