UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ENTERED
SEP 1 0 2003
U.S. District & Bankruptcy Courts
Southern District of West Virginia

PEGGY KENNEDY and
RAYMOND KENNEDY, individually
and as guardians and next
friends of TREVOR KENNEDY,
an infant under the age of
eighteen,

    Plaintiffs,

vs.                        CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA,
CHARLESTON AREA MEDICAL
CENTER, INC., d/b/a Women
and Children's Hospital of
West Virginia d/b/a Women and
Children's Hospital d/b/a
CAMC Children's Hospital;
INPHYNET HOSPITAL SERVICES,
INC., a foreign corporation,
doing business in the State of
West Virginia; and
DR. GORDON J. GREEN,
individually,

    Defendants.

### O R D E R

The Court has received, reviewed and approved the Report of Meeting of Parties pursuant to F.R.Civ.P. 26(f) and L.R.Civ.P. 2.01(b) filed herein. Accordingly, it is hereby **ORDERED** that the Scheduling Conference previously set for **September 22, 2003** is canceled. A Scheduling Order will be entered adopting and modifying, if appropriate, the dates contained in the Report of

Meeting.

The Clerk is directed to send a copy of this Order to counsel of record.

ENTER: September 10, 2003

Charles H. Haden II
United States District Judge