IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



PENNY KENNEDY, and
RAYMOND KENNEDY, individually
and as guardians and next
friends of
TREVOR KENNEDY, an infant
under the age of eighteen,

    Plaintiffs

v.                        CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA;
CHARLESTON AREA MEDICAL CENTER, INC.
dba Women and Children's Hospital of West Virginia
dba Women and Children's Hospital
dba CAMC Children's Hospital
dba Women and Children's Hospital;
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business
in the State of West Virginia; and
GORDON J. GREEN, Dr., individually,

    Defendants.

### MOTION FOR LEAVE TO FILE RULE 26(a)(1) DISCLOSURES BEYOND THE DEADLINE SET BY THE COURT

Comes now defendant, Charleston Area Medical Center, Inc. ("CAMC") and moves this Court for an Order granting CAMC leave to file its Rule 26(a)(1) disclosures beyond the deadline set by the Court and to accept the disclosures tendered on this date. In support of its Motion, defendant states as follows:

1.    On October 3, 2003, CAMC mailed its Rule 26(a)(1) disclosures to all counsel of record. Unfortunately, due to a clerical error, the original disclosures, although properly addressed, apparently were placed in the envelope addressed to the Assistant United States Attorney instead of the Clerk of the United States District Court

for the Southern District of West Virginia. See letter to Mr. Kay, attached as Exhibit A.

2. CAMC did not learn of this error until this morning when the Assistant United States Attorney returned the original disclosures to it. See letter from Mr. Horn, attached as Exhibit B.

3. Upon information and belief, CAMC asserts that all of the parties to the litigation received a copy of the disclosures in compliance with the Court's Order; therefore, no party was prejudiced by this human error. Moreover, CAMC's tender of said disclosures is only one day beyond the mandated deadline. CAMC asserts that good cause has been shown for the extension it requests in that the error was recognized and corrected as soon as possible and no party was prejudiced thereby.

WHEREFORE, Charleston Area Medical Center, Inc. moves this Court for an Order allowing it to file its Rule 26(a)(1) disclosures beyond the deadline set by the Court and to accept as filed the Rule 26(a)(1) disclosures tendered at this same time as this Motion.

> CHARLESTON AREA MEDICAL CENTER, INC.
> INDIVIDUALLY AND D/B/A WOMEN AND
> CHILDREN'S HOSPITAL, D/B/A CAMC
> CHILDREN'S HOSPITAL, D/B/A CAMC WOMEN'S
> HOSPITAL, AND D/B/A CAMC WOMEN AND
> CHILDREN'S HOSPITAL
> BY COUNSEL,

Cheryl A. Eifert, Esq. (#1111)
Dina M. Mohler, Esq. (#2590)
CHARLESTON AREA MEDICAL CENTER, INC.
Office of the General Counsel
P. O. Box 3669
Charleston, West Virginia 25336
(304) 388-7532

## CERTIFICATE OF SERVICE

I, Cheryl A. Eifert, counsel for defendant Charleston Area Medical Center, Inc. do hereby certify that I have served a true and accurate copy of the attached *Motion for Leave to File Rule 26(a)(1) Disclosures Beyond the Deadline Set by the Court* upon the following by placing same within the United States Mail, postage prepaid on this 7th day of October, 2003:

| | |
|---|---|
| Pamela A. Lambert, Esq. (#2128)<br>*LAMBERT AND NEW*<br>P. O. Drawer 926<br>Gilbert, WV 25621 | Scott S. Segal, Esq. (#4717)<br>Samuel A. Hrko, Esq. (#7727)<br>*THE SEGAL LAW FIRM*<br>810 Kanawha Boulevard, East<br>Charleston, WV 25301 |
| David L. Shuman, Esq. (#3389)<br>Karen Tracy McElhinny (#7517)<br>*SHUMAN McCUSKEY & SLICER*<br>P. O. Box 3953<br>Charleston, WV 25339 | Stephen M. Horn, Esq. (#1788)<br>Assistant United States attorney<br>P. O. Box 1713<br>Charleston, WV 25326 |

_____
Cheryl A. Eifert, Esq. (#1111)
Dina M. Mohler, Esq. (#2590)
*CHARLESTON AREA MEDICAL CENTER, INC.*
Office of the General Counsel
P. O. Box 3669
Charleston, West Virginia 25336
(304) 388-7532

 **Charleston Area Medical Center**

Office of the General Counsel

501 Morris Street
Post Office Box 3669
Charleston, West Virginia 25336
Fax: (304) 388-6027

October 3, 2003

Samuel L. Kay, Clerk
Southern District of West Virginia
P. O. Box 1713
Charleston, WV 25326

Re: Kennedy v. Charleston Area Medical Center, Inc., et al.
    Civil Action No. 2:03-0175

Dear Mr. Kay:

Enclosed please find the *Charleston Area Medical Center, Inc.'s Rule 26 (a) (1) Disclosures* in the above-referenced matter. Your assistance in filing this document is appreciated

Yours truly,

Cheryl A. Eifert
Associate General Counsel

CAE/bg

Enclosures

cc: Counsel of Record






**U.S. Department of Justice**

*United States Attorney*
*Southern District of West Virginia*

*United States Courthouse*  *Mailing Address*
*300 Virginia Street, East, Room 4000*  *Post Office Box 1713*
*Charleston, WV 25301*  *Charleston, WV 25326*
*FAX: (304) 347-5443*  *(304) 345-2200*
 *1-800-659-8726*

October 6, 2003


Cheryl Eifert, Esquire
Associate General Counsel
Office of the General Counsel
Charleston Area Medical Center
501 Morris Street
P.O. Box 3669
Charleston, WV  25336

    Re:  Penny Kennedy, et al. v. United States, et al.
          Civil Action No. 2:03-0175

Dear Cheryl:

    I received in error the original Rule 26(a)(1) Disclosures which I am returning to you.

                            Sincerely yours,

                            KASEY WARNER
                            United States Attorney

            By:

                            STEPHEN M. HORN
                            Assistant United States Attorney

SMH/cgb

Enclosure

