IN THE UNTED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**FILED**
OCT - 7 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as guardians
and next friends of TREVOR KENNEDY,
an infant under the age of eighteen,

PLAINTIFFS

v.                                  CIVIL ACTION NO. 2:03-0175
                                    Charles Haden, II, Judge

UNITED STATES OF AMERICA,
COMMUNITY HEALTH FOUNDATION
OF MAN, WEST VIRGINIA, INC., AND
DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF
WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL, d/b/a CAMC CHILDREN'S HOSPITAL,
d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC
WOMEN AND CHILDREN'S HOSPITAL,
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business
in the State of West Virginia, and DR. GORDON J. GREEN,
Individually,

DEFENDANTS

### CHARLESTON AREA MEDICAL CENTER, INC.'S
### RULE 26 (a) (1) DISCLOSURES

Now comes the defendant, Charleston Area Medical Center, Inc. ("CAMC"),

by counsel, Cheryl A. Eifert, Charleston Area Medical Center, Inc., and supplies the

following Rule 26 (a) disclosures:

18

### A. NAME OF WITNESSES:

1. Penny Kennedy
   HC 67 Box 138
   Simon, WV 24882
   (304) 682-4475

2. Raymond Kennedy
   HC 67 Box 138
   Simon, WV 24882
   (304) 682-4475

3. Gordon Green, MD
   New Century Emergency Physicians
   419 Brooks Street
   P. O. Box 1547
   Charleston, WV 25326
   (304) 388-6004

4. Plaridel Tordilla, MD
   Community Health Foundation of Man, WV, Inc.
   600 East McDonald Avenue
   Man, WV 25635
   (304) 583-6541

5. Clinton Curtis, MD (resident)
   c/o Charleston Area Medical Center, Inc.
   P. O. Box 3669
   Charleston, WV 25336
   (304) 388-7532

6. Rebekah Williams, RN
   c/o Charleston Area Medical Center, Inc.
   P. O. Box 3669
   Charleston, WV 25336
   (304) 388-7532

7. Kim Phillips, RN
   c/o Charleston Area Medical Center, Inc.
   P. O. Box 3669
   Charleston, WV 25336
   (304) 388-7532

8.  John E. Reifsteck, MD
    Associated Radiologists, Inc.
    1120 Kanawha Blvd. E
    P. O. Box 11137
    Charleston, WV 25339
    (304) 344-3457

9.  Suttiratana Pimpa, MD
    Logan General Hospital
    20 Hospital Drive
    Logan, WV 25601
    (304) 792-1695

10. T. P. Ly, MD
    Suite 400
    830 Pennsylvania Avenue
    Charleston, WV 25302
    (304) 343-9841

11. Julian Bailes, MD
    Department of Neurosurgery
    West Virginia University School of Medicine
    Robert C. Byrd Health Sciences Center
    P. O. Box 9183
    Morgantown, WV 26506

12. Eric Jones, MD
    200 Orthopedic Way
    Morgantown, WV 26505
    (304) 599-0720

13. Anthony DiBartolomeo, MD (Rheumatology)
    WVU Department of Medicine
    2185 Health Sciences Center, North
    P. O. Box 9167
    Morgantown, WV 26506-9167
    (304) 293-2804

14. James J. Burns, MD
    WVU Department of Pediatrics
    P. O. Box 9214
    Morgantown, WV 26506-9214
    (304) 293-7331

15. Atiya Khan, MD (Pediatric/Neurosurgeon)
    WVU Department of Neurology
    Health Sciences Center, North
    P. O. Box 9180
    Morgantown, WV 26505-9180
    (304) 293-2341

16. Martin E. Weisse, MD (Urologist)
    WVU Department of Pediatrics
    P. O. Box 9214
    Morgantown, WV 26505-9214
    (304) 293-1232

17. Dr. Muchant
    University Health Associates
    (No address/phone number available at this time)

18. Dr. Price
    University Health Associates
    (No address/phone number available at this time)

19. Enrico Rallos, MD
    700 East McDonald Avenue
    Man, WV 25635

20. John Collins, MD
    WVU Department of Neurosurgery
    Robert C. Byrd Health Sciences Center
    P. O. Box 9183
    Morgantown, WV 26506-9183

21. Ann M. Carr, MD
    Department of Neurosurgery
    West Virginia University School of Medicine
    Robert C. Byrd Health Sciences Center
    P. O. Box 9183
    Morgantown, WV 26506

22. Margaret Jaynes, MD
    Assistant Professor, Section of Pediatric Neurology
    WVU Department of Pediatrics
    University Health Associates
    Physician Office Center
    P. O. Box 782
    Morgantown, WV 26507

23. Dr. Rojas (Pediatrician)
    P. O. Box 958
    Logan, WV 25601

24. Fred Epstein, MD
    Neurosurgery (Consultant)
    New York, NY

25. Nicci McFadden, PA-C
    WVU Department of Neurosurgery
    University Health Associates
    Physician Office Center
    P. O. Box 782
    Morgantown, WV 26507

26. Suzy M. Walter, CFNP
    Section of Pediatric Neurology
    WVU Department of Pediatrics
    University Health Associates
    Physician Office Center
    P. O. Box 782
    Morgantown, WV 26507

27. Multiple Care Providers
    Community Health Foundation of Man, WV, Inc.
    600 East McDonald Avenue
    Man, WV 25635
    (304) 583-6541

28. Multiple Care Providers
    Appalachian Rehab Centers, Inc.
    202 Larry Joe Harless Drive
    Gilbert, WV 25621
    (304) 664-3900

29. Multiple Care Providers
    Logan General Hospital
    20 Hospital Drive
    Logan, WV 25601
    (304) 792-1288

30. Multiple Care Providers
    HealthSouth Mountain View Rehabilitation
    1160 Van Voorhis Road
    Morgantown, WV 26505
    (304) 598-1100

31. Multiple Care Providers
    Appalachian Regional Hospital
    c/o Appalachian Regional Healthcare, Inc.
    1220 S. Broadway
    Lexington, KY 40504
    (859) 226-2440

32. Any other family member of Trevor Kennedy that may be identified in future discovery.

Charleston Area Medical Center, Inc. reserves the right to amend and supplement this list.

## B. DOCUMENTS IN THE POSSESSION OF DEFENDANT:

CAMC has collected the following medical records of the infant plaintiff, Trevor Kennedy. Defendant believes that plaintiffs already have copies of these records, but will supply additional copies upon request.

1. CAMC's April 30, 2000 Women and Children's ER admission
2. Dr. Roja
3. Logan General Hospital
4. Community Health Foundation of Man, WV, Inc. - Man Center
5. Community Health Foundation of Man, WV, Inc. - Gilbert Center

Charleston Area Medical Center, Inc. reserves the right to amend and supplement this list.

## C. DAMAGES CLAIM

No damages are currently claimed by this defendant.

## D. INSURANCE AGREEMENTS

For the relevant time period, defendant's primary source of funding to pay liabilities related to claims of professional malpractice was a trust fund. Defendant does have excess insurance coverage, but said coverage would not be triggered under the current circumstances of this case. Defendant will supplement this disclosure if and when the facts of the case trigger potential coverage under the insurance agreement.

                                                CHARLESTON AREA MEDICAL CENTER, INC.
                                                BY COUNSEL,

_____
Cheryl A. Eifert (#1111)
Dina M. Mohler (#2590)
CHARLESTON AREA MEDICAL CENTER, INC.
Office of the General Counsel
P. O. Box 3669
Charleston, West Virginia 25336
(304) 388-7532

## CERTIFICATE OF SERVICE

I, Cheryl A. Eifert, counsel for defendant Charleston Area Medical Center, Inc. do hereby certify that I have served a true and accurate copy of the attached, *Charleston Area Medical Center, Inc.'s Rule 26 (a) (1) Disclosures* upon the following by placing same within the United States Mail, postage prepaid on this 3rd day of October, 2003.

Scott S. Segal, Esq. (#4717)
Samuel A. Hrko, Esq. (#7727)
**THE SEGAL LAW FIRM**
810 Kanawha Boulevard, East
Charleston, WV 25301

and

Pamela A. Lambert, Esq. (#2128)
**LAMBERT AND NEW**
P. O. Drawer 926
Gilbert, WV 25621
 Counsel for Penny Kennedy, and
 Raymond Kennedy, individually and
 as guardians and next friends of Trevor Kennedy,
 an infant under the age of eighteen


Karen McElhinney, Esq. (#7517)
**SHUMAN, MCCUSKEY & SLICER, PLLC**
P. O. Box 3953
Charleston, WV 25339-3953
 Counsel for Inphynet Hospital Services, Inc.,
 a foreign corporation, doing business in the
 State of West Virginia; and Gordon J. Green, Dr.,
 individually

Stephen M. Horn, Esq. (#1788)
**ASSISTANT UNITED STATES ATTORNEY**
P. O. Box 1713
Charleston, WV 25325
    Counsel for United States

_____
Cheryl A. Eifert, Esq. (#1111)
Dina M. Mohler, Esq. (#2590)
*CHARLESTON AREA MEDICAL CENTER, INC.*
Office of the General Counsel
P. O. Box 3669
Charleston, West Virginia 25336
(304) 388-7532