IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as guardians
and next friends of TREVOR KENNEDY,
an infant under the age of eighteen

    Plaintiffs,

v.          CIVIL ACTION NO. 2:03-0175
             Charles Haden, II, Judge

UNITED STATES OF AMERICA,
COMMUNITY HEALTH FOUNDATION
OF MAN, WEST VIRGINIA, INC., and
DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF
WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL, d/b/a CAMC CHILDREN'S HOSPITAL,
d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC
WOMEN AND CHILDREN'S HOSPITAL,
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business
IN the state of West Virginia, and DR. GORDON J. GREEN,
individually,

    Defendants.

### CERTIFICATE OF SERVICE

  I, David L. Shuman/Karen Tracy McElhinny do here by certify that I served true and exact copies of the foregoing **Defendants InPhyNet Hospital Services, Inc. and Gordon J. Green, M.D.'s First Set of Interrogatories, Request for Production and Request for Admissions to the Plaintiffs** on all counsel of record via the United States Postal Service in a stamped envelope addressed as follows:

Pamela A. Lambert, Esquire (2128)
Lambert and New
P.O. Drawer 926
Gilbert WV 25621
   *Counsel for Plaintiffs*

Samuel A. Hrko, Esquire (7727)
The Segal Law Firm
810 Kanawha Boulevard, East
Charleston WV 25301
   *Co-Counsel for Plaintiffs*

Cheryl Eifert, Esquire (1111)
Office of the General Counsel
P.O. Box 3669
Charleston, WV 25336
   *Counsel for Charleston Area Medical Center*

Stephen M. Horn, Esquire (1788)
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 25326
   *Counsel for United States*

Dated this 8th day of October, 2003.

_____
David L. Shuman, Esq. (WVSB 3389)
Karen Tracy McElhinny, Esq. (WVSB #7517)