UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

PENNY KENNEDY, et al.,

    Plaintiffs,

vs.                              CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA, et al.,

    Defendants.

**O R D E R**

    Pending are (1) the Government's motion to dismiss Count VI, and (2) Defendant CAMC, Incorporated's motion for leave to file its Rule 26(a)(1) disclosures beyond the deadline set by the Court. The Court is advised by counsel an agreed, proposed Order is circulating that will resolve the motion to dismiss. The parties are **ORDERED** to submit the proposed Order for the Court's inspection no later than October 16, 2003. The Court further **GRANTS** the motion to extend.

    The Clerk is directed to send a copy of this Order to counsel of record.

                              ENTER: October 9, 2003

                              Charles H. Haden II
                              United States District Judge

ENTERED
OCT - 9 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia