IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

PENNY KENNEDY, and
RAYMOND KENNEDY, individually
and as guardians and next
friends of
TREVOR KENNEDY, an infant
under the age of eighteen,

    Plaintiffs,

v.                                   CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA;
COMMUNITY HEALTH FOUNDATION OF
MAN, WEST VIRGINIA, INC., and
PLARIDEL TORDILLA, individually,

    Defendants.

ENTERED OCT 16 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

### AGREED ORDER

COME now plaintiffs, by their counsel, Samuel Hrko, Esquire, and the United States of America, ("United States"), by its counsel, Stephen M. Horn, Assistant United States Attorney, and do hereby stipulate and agree that Count VI of the Amended Complaint against the United States is hereby dismissed.

Now, therefore, based upon the representations of counsel the court does hereby ORDER that Count VI of the Amended Complaint is hereby dismissed against the United States. The court does hereby further ORDER that the Clerk send a copy of this order to counsel of record.

ENTER this 16th day of October, 2003.

_____
CHARLES H. HADEN II
United States District Judge

ORDER PREPARED BY:

_____
STEPHEN M. HORN
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 25326
(304) 345-2200

Counsel for United States


SEEN AND APPROVED BY:

_____
SCOTT S. SEGAL
SAMUEL A. HRKO
The Segal Law Firm, LC
810 Kanawha Blvd., East
Charleston, WV 25301

and
PAMELA A. LAMBERT
Lambert & New
P.O. Drawer 926
Gilbert, WV 25621

Counsel for PENNY KENNEDY, and
RAYMOND KENNEDY, individually
and as guardians and next
friends of TREVOR KENNEDY, an infant
under the age of eighteen,

SEEN BY:

_____
KAREN TRACY MCELHINNY, ESQUIRE
Shuman, McCuskey and Slicer, PLLC
1411 Virginia Street, East, Suite 200
Charleston, WV 25301

Counsel for ~~Infanent~~ InPhyNet Hospital Services, Inc.
and Dr. Gordon J. Green

SEEN BY:

_____
CHERYL EIFORT, ESQUIRE
Charleston Area Medical Center
Office of General Counsel
501 Morris Street
P.O. Box 3669
Charleston, WV 25336

Counsel for Charleston Area Medical Center,
Inc., Individually and d/b/a Womens and
Childrens Hospital, d/b/a CAMC Childrens
Hospital, d/b/a CAMC Womens Hospital,
and d/b/a CAMC Womens and Hospital

3