IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON



PENNY KENNEDY, et al.

    Plaintiffs,

v.                              CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA; et al.

    Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing "UNITED STATES' FIRST REQUEST FOR ADMISSIONS TO PLAINTIFFS" was made this 20th day of October, 2003, by mailing a true copy properly addressed thereof to the following:

    Scott S. Segal, Esq.
    Samuel A. Hrko, Esq.
    The Segal Law Firm
    810 Kanawha Blvd, East
    Charleston, WV 25301

    Pamela A. Lambert, Esq.
    Lambert & New
    P.O. Drawer 926
    Gilbert, WV 25621

    Cheryl Eifert, Esquire
    Charleston Area Medical Center
    Office of General Counsel
    501 Morris Street
    P.O. Box 3669
    Charleston, WV 25336

    Karen Tracy McElhinny
    Shuman, McCuskey & Slicer, PLLC
    1411 Virginia Street, East, Suite 200
    Charleston, WV 25301

STEPHEN M. HORN
Assistant United States Attorney

25