**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

FILED

NOV - 3 2003

TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Court
Southern District of West Virginia

PENNY KENNEDY,
et al.,
      **Plaintiffs,**

v.                             **CIVIL ACTION NO. 2:03-0175**

UNITED STATES OF AMERICA,
et al.,
      **Defendants.**

**STIPULATION AND MOTION FOR**
**SUBSTITUTION OF COUNSEL**

      A conflict of interest has arisen between the Plaintiff and the law firm of

LAMBERT & NEW and specifically with Pamela A. Lambert.  Pursuant to Rule 2.03 of

the Local Rules of the U.S. District Court for the Southern District of West Virginia,

Pamela A. Lambert, of LAMBERT & NEW, and Samuel A. Hrko, of THE SEGAL LAW

FIRM, counsel of record for the Plaintiffs herein, herewith stipulate each with the other

that Samuel A. Hrko, of THE SEGAL LAW FIRM, shall herewith be substituted as

counsel for Plaintiffs in lieu of the law firm of LAMBERT & NEW, subject to approval

of this Court.  Both counsel herein therefore move this Court to enter an order

withdrawing the appearance of the law firm of LAMBERT & NEW as counsel of record

for the Plaintiffs, and substituting THE SEGAL LAW FIRM as Plaintiffs' counsel.

      DATED at Gilbert, West Virginia, this _4th_ day of September, 2003.

LAMBERT & NEW
P.O. Drawer 926
Gilbert, West Virginia 25621
Ph: (304) 664-3096
Fax: (304) 664-8640

By:  PAMELA A. LAMBERT #2128

THE SEGAL LAW FIRM
810 Kanawha Boulevard, East
Charleston, West Virginia 25301
Ph: (304) 344-9100
Fax: (304) 344-9105

By:  SAMUEL A. HRKO #7727

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
## CHARLESTON

**PENNY KENNEDY, et al.**

      **Plaintiffs,**

**v.**                                          **CIVIL ACTION NO. 2:03-0175**

**UNITED STATES OF AMERICA,**
**et al.,**

      **Defendants.**

### CERTIFICATE OF SERVICE

    I, Samuel A. Hrko, do hereby certify that I have served a true and accurate copy of the

foregoing **STIPULATION AND MOTION FOR SUBSTITUTION OF COUNSEL** to all

counsel of record this ___31st___ day of October, 2003 via United States Mail, postage prepaid as

follows:

                                    Stephen M. Horn, Esquire
                                    **Assistant United States Attorney**
                                    Post Office Box 1713
                                    Charleston, West Virginia 25326

                                    Cheryl Eifert, Esquire
                                    **Office of General Counsel**
                                    501 Morris Street
                                    Post Office Box 3669
                                    Charleston, West Virginia 25336

                                    Karen Tracy McElhinny, Esquire
                                    **Shuman, McCuskey and Slicer, PLLC**
                                    1411 Virginia Street, East, Suite 200
                                    Charleston, West Virginia 25301

                                    Pamela A. Lambert, Esquire
                                    **LAMBERT & NEW**
                                    Post Office Drawer 926
                                    Gilbert, West Virginia 25621

                                    _____
                                    SAMUEL A. HRKO (W.V. BAR # 7727)