ENTERED
NOV - 3 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

**PENNY KENNEDY,**
**et al.,**

**Plaintiffs,**

**v.** **CIVIL ACTION NO. 2:03-0175**

**UNITED STATES OF AMERICA,**
**et al.,**

**Defendants.**

**ORDER GRANTING MOTION TO WITHDRAW**

Pending is the motion of the law firm of Lambert & New to withdraw as Plaintiffs' counsel. The Court notes on September 4, 2003, Samuel A. Hrko appeared for Plaintiffs. Finding there is no prejudice to the parties, therefore, the Court **GRANTS** the motion.

The Clerk is directed to send a copy of this Order to counsel of record, including Plaintiff's former counsel Lambert & New.

ENTER: 11/03/03

CHARLES H. HADEN II
United States District Judge

27