IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

PENNY KENNEDY, et al.

   **Plaintiffs,**

v.              CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA,
et al.,
   **Defendants.**

## CERTIFICATE OF SERVICE

  I, Mark R. Staun, do hereby certify that I have served a true and accurate copy of the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANTS, INPHYNET HOSPITAL SERVICES, INC. AND GORDON J. GREEN, M.D.'S FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION AND REQUEST FOR ADMISSIONS** to all counsel of record this _10_ day of November, 2003 via United States Mail, postage prepaid as follows:

    Stephen M. Horn, Esquire
    **Assistant United States Attorney**
    Post Office Box 1713
    Charleston, West Virginia 25326

    Cheryl Eifert, Esquire
    **Office of General Counsel**
    501 Morris Street
    Post Office Box 3669
    Charleston, West Virginia 25336

    Karen Tracy McElhinny, Esquire
    **Shuman, McCuskey and Slicer, PLLC**
    1411 Virginia Street, East, Suite 200
    Charleston, West Virginia 25301

    Pamela A. Lambert, Esquire
    **LAMBERT & NEW**
    Post Office Drawer 926
    Gilbert, West Virginia 25621

          _____
          MARK R. STAUN (W.V. BAR # 5728)

*FILED NOV 10 2003 — TERESA L. DEPPNER, CLERK, U.S. District & Bankruptcy Courts, Southern District of West Virginia*