IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

PENNY KENNEDY, et al.

    Plaintiffs,

v.                             CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA,
et al.,

    Defendants.

**FILED**
NOV 17 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

## CERTIFICATE OF SERVICE

I, Mark R. Staun, do hereby certify that I have served a true and accurate copy of the foregoing **PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANTS, INPHYNET HOSPITAL SERVICES, INC. AND GORDON J. GREEN, M.D.'S INTERROGATORY NUMBER 17** to all counsel of record this 14th day of November, 2003 via United States Mail, postage prepaid as follows:

Stephen M. Horn, Esquire
**Assistant United States Attorney**
Post Office Box 1713
Charleston, West Virginia 25326

Cheryl Eifert, Esquire
**Office of General Counsel**
501 Morris Street
Post Office Box 3669
Charleston, West Virginia 25336

Karen Tracy McElhinny, Esquire
**Shuman, McCuskey and Slicer, PLLC**
1411 Virginia Street, East, Suite 200
Charleston, West Virginia 25301

Pamela A. Lambert, Esquire
**LAMBERT & NEW**
Post Office Drawer 926
Gilbert, West Virginia 25621

_____
MARK R. STAUN (W.V. BAR # 5728)

29