IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**FILED**
NOV 2 0 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as guardians
and next friends of TREVOR KENNEDY,
an infant under the age of eighteen

      Plaintiffs,

v.

CIVIL ACTION NO. 2:03-0175
Charles Haden, II, Judge

UNITED STATES OF AMERICA;
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF
WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL, d/b/a CAMC CHILDREN'S HOSPITAL,
d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC
WOMEN AND CHILDREN'S HOSPITAL,
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business
IN the state of West Virginia, and DR. GORDON J. GREEN,
individually,

      Defendants.

### NOTICE OF DEPOSITIONS

PLEASE BE ADVISED that, pursuant to the West Virginia Rules of Civil Procedure, on the 16th day of **January, 2004**, the undersigned will take the depositions of **Raymond Kennedy** and **Penny Kennedy**, commencing at **10:00 a.m.**, and will continue one after the other. These deposition will take place the offices of **Lambert & New**, located at **Rt. 52,**

**52, Main Street, Gilbert, WV,** before a person authorized by law to administer oaths, and will continue from hour to hour until completed. You are invited to appear to protect your interests.

                                                **GORDON J. GREEN, M.D. AND INPHYNET HOSPITAL SERVICES, INC.**

                                                By counsel.

_____
David L. Shuman   WVSB No. 3389
Karen Tracy McElhinny WVSB No. 7517
**SHUMAN, McCUSKEY & SLICER, PLLC**
Street: 1411 Virginia Street East, Suite 200 (25301)
Post Office Box 3953
Charleston, West Virginia 25339
(304) 345-1400

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as guardians
and next friends of TREVOR KENNEDY,
an infant under the age of eighteen

        Plaintiffs,

v.                              CIVIL ACTION NO. 2:03-0175
                                 Charles Haden, II, Judge

UNITED STATES OF AMERICA,
COMMUNITY HEALTH FOUNDATION
OF MAN, WEST VIRGINIA, INC., and
DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF
WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL, d/b/a CAMC CHILDREN'S HOSPITAL,
d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC
WOMEN AND CHILDREN'S HOSPITAL,
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business
IN the state of West Virginia, and DR. GORDON J. GREEN,
individually,

        Defendants.

## CERTIFICATE OF SERVICE

    I, David L. Shuman/Karen Tracy McElhinny do here by certify that I served true and exact copies of the foregoing *Notice of Depositions* of Raymond Kennedy and Penny Kennedy on all counsel of record via the United States Postal Service in a stamped envelope addressed as follows:

Samuel A. Hrko, Esquire (7727)
The Segal Law Firm
810 Kanawha Boulevard, East
Charleston WV 25301
   *Counsel for Plaintiffs*

Cheryl Eifert, Esquire (1111)
Office of the General Counsel
P.O. Box 3669
Charleston, WV 25336
   *Counsel for Charleston Area Medical Center*

Stephen M. Horn, Esquire (1788)
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 25326
   *Counsel for United States*

Dated this 19th day of November, 2003.

_____
David L. Shuman, Esq. (WVSB 3389)
Karen Tracy McElhinny, Esq. (WVSB #7517)

2