IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

PENNY KENNEDY, and
RAYMOND KENNEDY, individually
and as guardians and next
friends of
TREVOR KENNEDY, an infant
under the age of eighteen,

    Plaintiffs,

v.    CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA;
CHARLESTON AREA MEDICAL CENTER, INC.
dba Women and Children's Hospital of West Virginia
dba Women and Children's Hospital
dba CAMC Children's Hospital
dba Women and Children's Hospital;
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business
in the State of West Virginia; and
GORDON J. GREEN, Dr., individually,

    Defendants.



FILED
NOV 2 4 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

### NOTICE OF DEPOSITION

YOU ARE HEREBY NOTIFIED that pursuant to Rule 30 of the Federal Rules of Civil Procedure, beginning at 4:00 p.m. on Wednesday, January 21, 2004, counsel for defendant will take the deposition of Julian E. Bailes, M.D. The deposition will take place at Dr. Bailes' office located at West Virginia University School of Medicine, Department of Neurosurgery, One Medical Center Drive, Suite 4300, Morgantown, West Virginia. Said deposition will be taken before an authorized court reporter. The deposition will continue from time to time and day to day without further notice.

Said deposition shall be used for all purposes permitted by the Federal Rules of Civil Procedure.

By:

UNITED STATES OF AMERICA

KASEY WARNER
United States Attorney

_____
STEPHEN M. HORN
Assistant United States Attorney
P. O. Box 1713
Charleston, WV 25326
(304) 345-2200

## CERTIFICATE OF SERVICE

I, Stephen M. Horn, Assistant United States Attorney for the Southern District of West Virginia, hereby certify that service of the foregoing **NOTICE OF DEPOSITION (Bailes)** was made this 24th day of November, 2003, by mailing a true copy through the United States mail, postage prepaid, to the following:

    Scott S. Segal, Esq.
    Samuel A. Hrko, Esq.
    The Segal Law Firm
    810 Kanawha Blvd, East
    Charleston, WV 25301

    Cheryl Eifort, Esquire
    Office of General Counsel
    P.O. Box 3669
    Charleston, WV 25336

    Karen Tracy McElhinny
    Shuman, McCuskey & Slicer
    P.O. Box 3953
    Charleston, WV 25339

    Julian E. Bailes, M.D.
    West Virginia University School of Medicine
    Department of Neurosurgery
    One Medical Center Drive
    Suite 4300
    Morgantown, WV 26506-9183

STEPHEN M. HORN
Assistant United States Attorney

ldj