IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

**FILED**
DEC 2 2 2003
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

PENNY KENNEDY, et al.

  Plaintiffs,

v.          CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA,
et al.,
  Defendants.

### CERTIFICATE OF SERVICE

I, Samuel A. Hrko, do hereby certify that I have served a true and accurate copy of the foregoing **PLAINTIFFS' RESPONSE TO DEFENDANTS, UNITED STATES' FIRST SET OF INTERROGATORIES, REQUEST FOR PRODUCTION AND REQUEST FOR ADMISSIONS** to all counsel of record this 19th day of December, 2003 via United States Mail, postage prepaid as follows:

    Stephen M. Horn, Esquire
    **Assistant United States Attorney**
    Post Office Box 1713
    Charleston, West Virginia 25326

    Cheryl Eifert, Esquire
    **Office of General Counsel**
    501 Morris Street
    Post Office Box 3669
    Charleston, West Virginia 25336

    Karen Tracy McElhinny, Esquire
    **Shuman, McCuskey and Slicer, PLLC**
    1411 Virginia Street, East, Suite 200
    Charleston, West Virginia 25301

        _____
        SAMUEL A. HRKO (W.V. BAR # 7727)