IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as guardians
and next friends of TREVOR KENNEDY,
an infant under the age of eighteen

          Plaintiffs,

FILED
JAN - 8 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

v.                      CIVIL ACTION NO. 2:03-0175
                         Charles Haden, II, Judge

UNITED STATES OF AMERICA,
COMMUNITY HEALTH FOUNDATION
OF MAN, WEST VIRGINIA, INC., and
DR. PLARIDEL TORDILLA, individually,
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF
WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL, d/b/a CAMC CHILDREN'S HOSPITAL,
d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC
WOMEN AND CHILDREN'S HOSPITAL,
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business
IN the state of West Virginia, and DR. GORDON J. GREEN,
individually,

          Defendants.

**NOTICE OF DEPOSITION DUCES TECUM**

    PLEASE BE ADVISED that, pursuant to the West Virginia Rules of Civil Procedure, on the **22nd day of January, 2004**, the undersigned will take the deposition of **Dr. Eric T. Jones,** commencing at **4:00 p.m.** at his office in the **Orthopedic Conference**

1

**33**

**Room** located at the **Department of Orthopedics, Health Science Center South, Morgantown, WV 26506** before a person authorized by law to administer oaths and will continue from hour to hour until completed for the purposes of discovery. Dr. Jones is required to bring his entire file of Trevor Kennedy with him to the deposition, including x-rays, films and slides, that he has maintained in his office. You are invited to appear to protect your interests.

**GORDON J. GREEN AND INPHYNET HOSPITAL SERVICES, INC.**

By counsel.

**SHUMAN, McCUSKEY & SLICER, PLLC**
1411 Virginia Street East, Suite 200
Post Office Box 3953
Charleston, West Virginia 25339
(304) 345-1400
(304) 343-1826 facsimile

By: _____
David L. Shuman    WVSB No. 3389
Karen Tracy McElhinny WVSB No. 7517

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

**PENNY KENNEDY,**
**RAYMOND KENNEDY**
**Individually and as guardians**
**and next friends of TREVOR KENNEDY,**
**an infant under the age of eighteen**

        **Plaintiffs,**

v.                               CIVIL ACTION NO. 2:03-0175
                                     Charles Haden, II, Judge

**UNITED STATES OF AMERICA,**
**COMMUNITY HEALTH FOUNDATION**
**OF MAN, WEST VIRGINIA, INC., and**
**DR. PLARIDEL TORDILLA, individually,**
**CHARLESTON AREA MEDICAL CENTER, INC.,**
**d/b/a WOMEN AND CHILDREN'S HOSPITAL OF**
**WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S**
**HOSPITAL, d/b/a CAMC CHILDREN'S HOSPITAL,**
**d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC**
**WOMEN AND CHILDREN'S HOSPITAL,**
**INPHYNET HOSPITAL SERVICES, INC.,**
**a foreign corporation, doing business**
**IN the state of West Virginia, and DR. GORDON J. GREEN,**
**individually,**

        **Defendants.**

### CERTIFICATE OF SERVICE

      I, David L. Shuman/Karen Tracy McElhinny do here by certify that I served true and

exact copies of the foregoing *Notice of Deposition Duces Tecum* of *Dr. Eric T. Jones* on

all counsel of record via the United States Postal Service in a stamped envelope addressed

as follows:

Samuel A. Hrko, Esquire (7727)
The Segal Law Firm
810 Kanawha Boulevard, East
Charleston WV 25301
   *Counsel for Plaintiffs*


Cheryl Eifert, Esquire (1111)
Office of the General Counsel
P.O. Box 3669
Charleston, WV 25336
   *Counsel for Charleston Area Medical Center*


Stephen M. Horn, Esquire (1788)
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 25326
   *Counsel for United States*

Dated this 7th day of January, 2004.

_____
David L. Shuman, Esq. (WVSB 3389)
Karen Tracy McElhinny, Esq. (WVSB #7517)

2