CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing "DEFENDANT UNITED STATES' FIRST SUPPLEMENTAL RULE 26(a)(1) DISCLOSURE" was made this 20th day of January, 2004, by mailing a true copy properly addressed thereof to the following:

> Scott S. Segal, Esq.
> Samuel A. Hrko, Esq.
> The Segal Law Firm
> 810 Kanawha Blvd, East
> Charleston, WV 25301
>
> Cheryl Eifert, Esquire
> Charleston Area Medical Center
> Office of General Counsel
> 501 Morris Street
> P.O. Box 3669
> Charleston, WV 25336
>
> Karen Tracy McElhinny
> Shuman, McCuskey and Slicer, PLLC
> 1411 Virginia Street, East, Suite 200
> Charleston, WV 25301

FILED
JAN 20 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

STEPHEN M. HORN
Assistant United States Attorney

Penny Kennedy, et al. v. United States, et al.
Civil Action No. 2:03-175

35