UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

**ENTERED MAR 2 5 2004**
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

PENNY KENNEDY, et al.,

PLAINTIFFS,

V.  CIVIL ACTION 2:03-0175

UNITED STATES, et al.,

DEFENDANTS.

## ORDER

Due to the death of the Honorable Charles H. Haden II, United States District Judge, this action is reassigned to the docket of the Honorable Joseph R. Goodwin, United States District Judge, for all further proceedings.

The Clerk is directed to send a copy of this order to Judge Goodwin, counsel of record, and any unrepresented party.

ENTER:

_David A. Faber_
**HONORABLE DAVID A. FABER, CHIEF JUDGE
UNITED STATES DISTRICT COURT**