IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON

FILED
APR 1 5 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Court
Southern District of West Virginia

PENNY KENNEDY, and
RAYMOND KENNEDY, individually
and as guardians and next
friends of
TREVOR KENNEDY, an infant
under the age of eighteen,

      Plaintiffs,

v.                                      CIVIL ACTION NO. 2:03-0175

UNITED STATES OF AMERICA;
COMMUNITY HEALTH FOUNDATION OF
MAN, WEST VIRGINIA, INC., and
PLARIDEL TORDILLA, individually,

      Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that service of the foregoing "UNITED STATES' RULE 26(a)(2)(A) and (B) DISCLOSURES" was made this 15th day of April, 2004, by mailing a true copy properly addressed thereof to the following:

    Scott S. Segal, Esq.
    Samuel A. Hrko, Esq.
    The Segal Law Firm
    810 Kanawha Blvd, East
    Charleston, WV 25301

    Cheryl Eifert, Esquire
    Charleston Area Medical Center
    Office of General Counsel
    501 Morris Street
    P.O. Box 3669
    Charleston, WV 25336

    Karen Tracy McElhinny
    Shuman, McCuskey and Slicer, PLLC
    1411 Virginia Street, East, Suite 200
    Charleston, WV 25301

STEPHEN M. HORN
Assistant United States Attorney

40