IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

ENTERED
JUN 22 2004
TERESA L. DEPPNER, CLERK
U.S. District & Bankruptcy Courts
Southern District of West Virginia

PENNY KENNEDY,
RAYMOND KENNEDY
Individually and as guardians
and next friends of TREVOR KENNEDY,
an infant under the age of eighteen

        Plaintiffs,

v.                      CIVIL ACTION NO. 2:03-0175
                        Joseph R. Goodwin, Judge

UNITED STATES OF AMERICA;
CHARLESTON AREA MEDICAL CENTER, INC.,
d/b/a WOMEN AND CHILDREN'S HOSPITAL OF
WEST VIRGINIA, d/b/a WOMEN AND CHILDREN'S
HOSPITAL, d/b/a CAMC CHILDREN'S HOSPITAL,
d/b/a CAMC WOMEN'S HOSPITAL, d/b/a CAMC
WOMEN AND CHILDREN'S HOSPITAL,
INPHYNET HOSPITAL SERVICES, INC.,
a foreign corporation, doing business
IN the state of West Virginia, and DR. GORDON J. GREEN,
individually,

        Defendants.

## ORDER OF VOLUNTARY DISMISSAL

On this day came the plaintiffs, in person and by counsel, and came defendants, the

United States of America, by counsel, Stephen M. Horn and the U.S. Attorney's Office,

Charleston Area Medical Center, Inc., d/b/a Women and Children's Hospital of West Virginia, d/b/a CAMC Children's Hospital, d/b/a CAMC Women's Hospital, d/b/a CAMC Women and Children's Hospital, by counsel, Cheryl Eifert, and InPhyNet Hospital Services, Inc. and Dr. Gordon J. Green, by counsel, David L. Shuman, Karen Tracy McElhinny and Shuman McCuskey & Slicer, PLLC, and the plaintiffs indicated to the Court that they wish to dismiss their claim against the defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. None of the other parties to the action opposed the dismissal.

**WHEREUPON**, based upon the stipulation of dismissal of the parties, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties moved the Court for an Order dismissing the claims of the plaintiffs against the defendants, without prejudice to the plaintiffs.

**WHEREUPON**, upon consideration of the stipulation of the parties and the motion to dismiss, the Court is of the opinion to and does hereby **GRANT** said motion and it is hereby **ORDERED** and **ADJUDGED** that the Complaint of the plaintiffs against the defendants, United States of America, Charleston Area Medical Center, Inc., d/b/a Women and Children's Hospital of West Virginia, d/b/a CAMC Children's Hospital, d/b/a CAMC Women's Hospital, d/b/a CAMC Women and Children's Hospital, InPhyNet Hospital Services, Inc. and Dr. Gordon J. Green, shall be dismissed without prejudice to the plaintiffs with each party to bear their costs.

All of which is accordingly so **ORDERED** and **ADJUDGED** this \_\_22\_\_ day of \_\_June\_\_, 2004.

Enter:

_____
Honorable Joseph R. Goodwin, Judge

Prepared by:

_____
David L. Shuman, Esq. (WVSB #3389)
Karen Tracy McElhinny, Esq. (WVSB #7517)
Shuman, McCuskey & Slicer, PLLC
Post Office Box 3953
Charleston, West Virginia 25339

Inspected by:

_____
Penny Kennedy, individually and as the guardian
of Trevor Kennedy, Plaintiff

_____
Raymond Kennedy, individually and as the guardian
of Trevor Kennedy, Plaintiff

_____
Samuel A. Hrko, Esquire (7727)
The Segal Law Firm
810 Kanawha Boulevard, East
Charleston WV 25301
   *Counsel for Plaintiffs*

_(signature)_

Cheryl Eifert, Esquire (1111)
Office of the General Counsel
P.O. Box 3669
Charleston, WV 25336
*Counsel for Charleston Area Medical Center*

_(signature)_

Stephen M. Horn, Esquire (1788)
Assistant United States Attorney
P.O. Box 1713
Charleston, WV 25326
*Counsel for United States*